tion by Benjamin F. Cory against the Boston & Maine Railroad.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

BETTS, J., not sitting.

---

COX, Respondent, v. CADILLAC HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Bernard Cox against the Cadillac Hotel Company. L. E. Warren, for appellant. D. R. Almy, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT and MILLER, JJ., dissent.

---

CROOKER, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by William H. Crooker, as executor of the last will and testament of Erwin W. Crane, deceased, against Robert G. Brown and others.

PER CURIAM. Judgment modified, by striking out the provisions thereof with respect to sale of the property by referee, and by inserting in place thereof the usual provision as to enforcing judgment by sale on execution of the real property in controversy, and, as so modified, judgment is unanimously affirmed, without costs of the appeal to either party.

SEWELL, J., not sitting.

---

CROWLEY, Appellant, v. JACOBS, Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1911.) In the matter of William Crowley against Charles Jacobs. A. S. Gilbert and A. G. Meyer, for appellant. T. Farley and J. J. Dooling, for respondent. No opinion. Order affirmed. Order filed.

---

In re CUMMUSKEY. (Supreme Court, Appellate Division, First Department. November 1, 1911.) Appeal from Special Term, New York County. In the matter of objections of Hugh J. Cummuskey to the Independent certificate of nomination of Valentine A. Schutz. From an order sustaining objections, Schutz appeals. Affirmed. A. S. Gilbert, for appellant. T. Farley, for respondent.

PER CURIAM. An examination of the certificate of nomination satisfies us that there are not 500 genuine names attached to the certificate, and for that reason the order appealed from is affirmed.

---

In re DASTLER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Pauline Dastler, deceased. No opinion. Decree affirmed, with costs. Order filed.

---

DAVID MAYER BREWING CO., Respondent, v. HOPKO, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by the David Mayer Brewing Company against Andro Hopko. N. Blank, for appellant. W. Klingenstein, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., and MILLER, J., dissent.

---

DAVIGNON, Respondent, v. BROOKLYN COOPERAGE CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Mary Davignon, as administratrix, etc., of Amedee Davignon, deceased, against the Brooklyn Cooperage Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

DE ACOSTA, Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Beatrice De Acosta against Joseph G. Butler, Jr. C. A. Winter, for appellant. R. L. Maynard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

DE FREEST v. DE FREEST. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Herbert E. De Freest against Edith J. De Freest. No opinion. Order affirmed, with $10 costs and disbursements to defendant.

---

DEGENKOLB, Appellant, v. ROTH, Respondent. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by Max Degenkolb against Max Roth. W. E. Douel, for appellant. B. G. Heyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

DE JONG v. B. G. BEHRMAN CO. et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Jacob De Jong against B. G. Behrman Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 131 N. Y. Supp. 1083.

---

DE LACY, Appellant, v. KELLY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) Action by George C. De Lacy against William F. Kelly, Jr., and others. No opinion. Motion denied, without costs, on condition that the defendants within five days substitute a bond as required by the terms of the order; otherwise, motion granted, with $10 costs. See, also, 130 N. Y. Supp. 1109.

---

DE LAPLANTE LUMBER CO., Respondent, v. GEORGE ALEXANDER CO., Appellant. (Supreme Court, Appellate Division,

Fourth Department. November 22, 1911.) Action by the De Laplante Lumber Company against the George Alexander Company. No opinion. Judgment and order affirmed, with costs.

---

DELCAMBRE v. DELCAMBRE et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Alfred P. Delcambre, Sr., against Marie H. Delcambre and others.

PER CURIAM. Motion denied. It was not the intention of this court to grant any leave to plead over. If the judgment entered in this action by the clerk of Westchester county is not in its form final, in that it does not expressly provide that the complaint should be dismissed, the remedy is by a motion at Special Term to instruct the clerk to enter such judgment as the decision of this court authorized. See, also, 130 N. Y. Supp. 1109; infra.

---

DELCAMBRE v. DELCAMBRE et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Alfred P. Delcambre, Sr., against Marie H. Delcambre and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, supra.

---

DEL VECCHIO, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Agostino Del Vecchio against the Nassau Electric Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

---

DES ROCHES, Respondent, v. HAYDEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Mary C. Des Roches against Kate Hayden and others.

PER CURIAM. The deed executed by Kate Hayden is not void, and should not be canceled for fraud, but should be adjudged a mortgage for the amount advanced by plaintiff's authority on account of the Ansorge mortgage, and for such further sums as Mrs. Hayden and her grantees have advanced for the maintenance of the property, as found by the trial justice; and the judgment, as so modified, is affirmed, without costs.

---

DEVLIN, Respondent, v. STEEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Sarah Devlin against Elizabeth Steen. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

DEYO, Respondent, v. DARROW, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Georgianna Deyo against Leonard J. Darrow. No opinion. Judgment affirmed, with costs.

---

DEYO, Respondent, v. DARROW, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Georgianna Deyo against Leonard J. Darrow. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see infra.

---

DICKEY v. GORTNER. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) In the matter of a retransfer of real estate and for an accounting between Paul Dickey and Christopher A. Gortner.

PER CURIAM. Motion denied, without costs. See, also, 140 App. Div. 890, 125 N. Y. Supp. 1117.

CARR, J., not voting.

---

DI DONATO v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Irene M. Di Donato against the Interborough Rapid Transit Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

DIETER v. ELIAS et al. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Pauline Dieter, as administratrix, etc., against Gabriel J. Elias and another.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs.

WILLIAMS and KRUSE, JJ., dissent.

---

In re DIOCESE OF LONG ISLAND'S ESTATE. In re CHURCH OF THE ASCENSION. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) In the matter of the application of the trustees of the estate belonging to the Diocese of Long Island, etc., and of the Church of the Ascension, etc., for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

DI PALMA, Respondent, v. SHEEHAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Vincent Di Palma against John C. Sheehan, impleaded with John J. O'Brien. No opinion. Judgment and order unanimously affirmed, with costs.

---

DOUGHTY v. BAKER. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Gertrude H. Doughty against Elwood W. Baker. No opinion. Judgment for defendant, without costs, upon agreed